IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEBRA SKANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-134-WKW |
| | ) | |
| FEDEX, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 12, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 37.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) The motion for summary judgment filed by Defendant Federal Express Corporation (Doc. # 29) is GRANTED;

(3) The motion for summary judgment filed by Defendant FedEx Ground (Doc. # 31) is GRANTED in part as to Plaintiff's state law claims, as these claims are preempted by the Carmack Amendment, 49 U.S.C. § 14706;

(4)     This matter is referred back to the Magistrate Judge for further proceedings, including a recommended disposition on FedEx Ground's motion for summary judgment (Doc. # 31) as to Plaintiff's Carmack Amendment claim.

It is further ORDERED that:

(1)     FedEx Ground's motion to amend/correct an exhibit used in support of its motion for summary judgment (Doc. # 38) is GRANTED and that Defendant may file the evidence **on or before February 3, 2016**; and

(2)     Plaintiff may file a brief and evidence in response to the new evidence **on or before February 12, 2016.**[1]

DONE this 29th day of January, 2016.

　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff should refer to the Magistrate Judge's order of October 15, 2015 (Doc. # 35), for guidance about responding to a motion for summary judgment.